**BIG "D" DEVELOPMENT CORPORA-TION, Petitioner-Appellant,**

v.

**COMMISSIONER OF INTERNAL REV-ENUE, Respondent-Appellee.**

No. 71-2929

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Jan. 18, 1972.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

The ruling of the Tax Court from which the present appeal is taken is based on findings of fact which are not clearly erroneous and without error in law. The Court has determined that an opinion would have no precedential value. Affirmed. *See Local Rule 21.*[1]

**Walter M. BRYANT, Petitioner-Appellant,**

v.

**Clarence JONES, Sheriff, Dallas County, Texas, Respondent-Appellee.**

No. 71-2933.

United States Court of Appeals,
Fifth Circuit.

Jan. 10, 1972.

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y., 431 F.2d 409, Part I (5th Cir. 1970).

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

1a. It is appropriate to dispose of this pro se case summarily, pursuant to this

---

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed.[1a] See Local Rule 21.[2] Williams v. Chamberlain, 5th Cir. 1971, 452 F.2d 607.

**CAPITAL INVESTORS CO., Appellant,**

v.

**Arthur R. MORRISON et al., Appellee.**

**James T. BENN, Appellant,**

v.

**Arthur R. MORRISON et al., Appellees.**

Nos. 71-1923, 71-1924.

United States Court of Appeals,
Fourth Circuit.

Argued Feb. 7, 1972.

Decided Feb. 14, 1972.

---

Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.